**FILED**

04/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0130

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 21-0130

STATE OF MONTANA,

Plaintiff and Appellee,

v.

STEPHEN DEAN PRUITT,

Defendant and Appellant.

**Order**

Upon consideration of Appellant's Motion for Extension of Time, and good cause appearing;

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 6, 2022, within which to prepare, file, and serve Appellant's Opening Brief on Appeal.

Signed and dated as indicated below.

ORDER- 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 8 2022